## 25-08009-SGJ11 PROSPECT PENN V. KENNEDY, JR ET AL THURSDAY, OCTOBER 9, 2025, AT 9:30AM.

| Id | Name: | Firm: | Party you represent: |
|----|-------|-------|----------------------|
| 1 | Edmond M. George | Obermayer Rebmann Maxwell & Hippel LLP | Independence Blue Cross |
| 2 | Michael D. Vagnoni | Obermayer Rebmann Maxwell & Hippel LLP | Independence Blue Cross |
| 3 | Jon Muenz | Sidley Austin LLP | Prospect Medical Holdings, Inc. |
| 4 | William Curtin | Sidley Austin LLP | Prospect Medical Holdings, Inc. |
| 5 | Kim Ross Clayson | Taft Stettinius & Hollister, LLP | Medical Protective Company |
| 6 | Gabe Sasson | Paul Hastings LLP | Official Committee of Unsecured Creditors |
| 7 | Matthew Friedrick | Paul Hastings LLP | Official Committee of Unsecured Creditors |
| 8 | Charles Persons | Paul Hastings LLP | Official Committee of Unsecured Creditors |
| 9 | Michael J. Hawley | McNichol,Byrne & Matlawski, P.C. | Springfield Township |
| 10 | Mary Schmergel | U.S. Department of Justice | U.S. Department of Health & Human Services |
| 11 | Kelsey Miranda | Dingwell Law APC | Brandon Daniels |